**RICHARD W. SCHMUDE**
**ATTORNEY AND COUNSELOR AT LAW**
**P.O. BOX 674**
**TOMBALL, TEXAS 77377-0674**
**Tel. & Fac. (281) 376-0277**

March 9, 2015

Ms. Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station
Austin, Texas 78711

                    Re: PD-0956-14
                        Joshua Allen Schmude v.
                        The State of Texas

Dear Ms. Acosta:

   Please send me a copy of the Court's Docket in the captioned cause. If there is a charge for this service, please so advise and I will send a check by return mail.

   Thank you for your assistance.

                    Very truly yours,

                    [signature]


RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 11 2015

Abel Acosta, Clerk